UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| 100REPORTERS, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 19-1753 (RDM) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant United States Department of State (the "Department" or "State") respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7. The reasons for this motion are set forth in the attached Memorandum and Points of Authority in Support of Defendant's Motion for Summary Judgment, Statement of Material Facts as to Which There is No Genuine Issue, the Declarations of Eric F. Stein and of Charles O. Blaha, and Defendant's *Vaughn* Index. A proposed order is also attached for the convenience of the Court.

\* \* \*

Dated: January 6, 2021									Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*