UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| 100REPORTERS, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 19-1753 (RDM) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Defendant, United States Department of State (the "Department" or "State"), respectfully submits this Statement of Material Facts as to Which There is no Genuine Issue in support of its Motion for Summary Judgment. The information herein is based upon the declarations and accompanying exhibits of Eric F. Stein ("Stein 2nd Decl.") and of Charles O. Blaha ("Blaha Decl.") filed herewith.

**FOIA Request F-2017-17811**

1. Plaintiffs' counsel submitted to the Department a Freedom of Information Act ("FOIA") request dated December 15, 2017, seeking records "pertaining to the nomination and/or vetting of foreign military and security personnel and/or units for U.S. training or assistance pursuant to statutes commonly known as the Leahy Laws." Stein 2nd Decl. at ¶ 5, Ex. B.

2. By email dated March 19, 2018, Plaintiffs' counsel informed the Department that it was willing to narrow the date range of their request to January 1, 2017, and it was willing to narrow the scope of its search to records from the INVEST system that are responsive for the

following countries: Iraq, Afghanistan, Egypt, Colombia, Philippines, Cambodia, Mexico, and Bangladesh. Stein 2nd Decl. ¶ 8, Ex. C.

3. By letter dated March 19, 2018, the Department formally acknowledged receipt of Plaintiffs' request and assigned it tracking number F-2017-17811. Stein 2nd Decl. ¶ 9.

4. By letter dated July 19, 2018, Plaintiffs' counsel submitted an administrative appeal for FOIA request F-2017-17811 stating that the Department had unlawfully failed to make a determination within the statutory time limit. Stein 2nd Decl. ¶ 12.

5. By letter dated August 23, 2018, the Department informed Plaintiffs' counsel that request F-2017-17811 was not subject to an administrative appeal as the Department had not denied any information in response to the request. Stein 2nd Decl. ¶ 13.

6. On June 17, 2019, Plaintiff's counsel initiated the instant lawsuit. ECF No. 1.

7. By letter dated January 17, 2020, the Department informed Plaintiffs' counsel that it had located 14 responsive documents; the 14 documents were released in part as Microsoft Excel spreadsheets, the format in which Plaintiffs had requested them. Stein 2nd Decl. ¶ 16.

8. By email dated January 24, 2020, the Department, through DOJ counsel, informed Plaintiffs' counsel that two of the documents released on January 17, 2020, were inadvertently disclosed without redactions of information exempt from disclosure under FOIA Exemption 7(F), which applies to law enforcement information the disclosure of which would endanger the life or physical safety of an individual. Stein 2nd Decl. ¶ 17, Ex. D. The two documents were spreadsheets corresponding to Leahy vetting in Egypt and in Iraq. *Id.* The Department asked that Plaintiffs' counsel delete or destroy all copies of the two documents. *Id.*

9. By email dated February 10, 2020, Plaintiffs' counsel stated that "[DOJ has] not provided a legal basis for the State Department to insist that our clients destroy or return any

records they obtained from the agency in response to their FOIA request, and we do not believe there is a legal basis for the agency to make such an extraordinary request.  That said, we have provided the additional information, below, to our clients and we understand they intend, in good faith, to take this information into consideration when determining how, if at all, to use the Iraq and Egypt spreadsheets released to them on January 17 in connection with their reporting." Stein 2nd Decl. ¶ 18, Ex. D.

10. By email dated February 19, 2020, the Department, through DOJ counsel, sent Plaintiffs' counsel a corrected version of the Egypt spreadsheet.  Stein 2nd Decl. ¶ 19.

11. By email dated April 9, 2020, the Department, through DOJ counsel, sent Plaintiffs' counsel a corrected version of the Iraq spreadsheet.  Stein 2nd Decl. ¶ 20.

### FOIA Request F-2017-17860

12. Plaintiffs' counsel submitted to the Department a FOIA request dated December 15, 2017, seeking "[c]opies of guides, manuals, instructions or directions pertaining to the vetting of foreign military and security personnel and/or units" pursuant to the Leahy Laws and the "Reports on Government Police Training and Equipping Programs" submitted to Congress.  Stein 2nd Decl. ¶ 21, Ex. E.

13. By letter dated December 27, 2017, the Department acknowledged receipt of Plaintiffs' request and assigned it tracking number F-2017-17860.  Stein 2nd Decl. ¶ 22.

14. By letter dated July 19, 2018, Plaintiffs' counsel submitted an administrative appeal stating that the Department had unlawfully failed to make a determination within the statutory time limit.  Stein 2nd Decl. ¶ 23.

15. By letter dated August 23, 2018, the Department informed Plaintiffs' counsel that request F-2017-17860 was not subject to an administrative appeal as the Department had not denied any information in response to the request. Stein 2nd Decl. ¶ 24.

16. On June 17, 2019, Plaintiffs' counsel filed the instant lawsuit. ECF No. 1.

17. By letter dated October 15, 2019, the Department released four documents in full and one document in part. Stein 2nd Decl. ¶ 27.

18. By letter dated November 15, 2019, the Department released thirteen documents in full, released four documents in part, and withheld three documents in full. Stein 2nd Decl. ¶ 28.

19. By letter dated December 13, 2019, the Department released fifteen documents in full, released eight documents in part, and withheld thirteen documents in full. Stein 2nd Decl. ¶ 29.

20. By letter dated January 17, 2020, the Department released nine documents in full and released two documents in part. Stein 2nd Decl. ¶ 30.

21. By letter dated February 18, 2020, the Department released two documents in full and released three documents in part. Stein 2nd Decl. ¶ 31.

22. By letter dated July 14, 2020, the Department informed Plaintiffs' counsel that upon further review of six documents responsive to Plaintiffs' request, it had determined that additional information could be released to Plaintiffs. Stein 2nd Decl. ¶ 32. The Department accordingly reprocessed these six documents and released one document in full and five documents in part. *Id.*

23. On October 8, 2020, the Court held a pre-motion conference.

24. Following the pre-motion conference, the Department informed Plaintiffs' counsel that it would review again its withholdings made pursuant to FOIA Exemption 5 to determine if additional non-exempt information could be segregated for release. Stein 2nd Decl. ¶ 33.

4

25. By letter dated November 16, 2020, the Department informed Plaintiffs' counsel that, upon further review, it had determined that four documents previously withheld in full may be released in part and that information formerly withheld from five documents previously released in part may be released.  Stein 2nd Decl. ¶ 34.

26. By letter dated December 8, 2020, the Department informed Plaintiffs' counsel that, upon further review, it had determined that two documents previously marked as non-responsive were in fact responsive to Plaintiffs' request.  Stein 2nd Decl. ¶ 35.  The Department released one document in full and withheld the other document in full.  *Id.*

27. By letter dated December 17, 2020, the Department informed Plaintiffs' counsel that it had located five attachments to documents previously released to Plaintiffs.  Stein 2nd Decl. ¶ 36.  The Department released two documents in part and withheld three documents in full.  *Id.*

28. By letter dated December 31, 2020, the Department informed Plaintiffs' counsel that, upon further review, it had determined that one document previously withheld in full may be released in part.  Stein 2nd Decl. ¶ 37.

Dated:  January 6, 2021 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Acting Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　By:  */s/ Kathleene Molen*
　　　　　　　　　　　　　　　　　　　　KATHLEENE MOLEN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 803-1572
　　　　　　　　　　　　　　　　　　　　Kathleene.Molen@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*