UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 19-1753 (RDM) |

# EXHIBIT C

| | |
|---|---|
| **From:** | Caitlin Vogus |
| **To:** | Segesvary, Louis S |
| **Subject:** | Re: FOIA Request F-2017-17811 |
| **Date:** | Monday, March 19, 2018 4:40:20 PM |

Thank you, Louis. Can you provide me with an estimated date of completion for my clients' FOIA request, as narrowed?

Regards,
Caitlin

Caitlin Vogus
Staff Attorney
1156 15th St. NW, Suite 1250, Washington DC 20005
cvogus@rcfp.org · (202) 795-9315

On Mon, Mar 19, 2018 at 12:47 PM, Segesvary, Louis S <SegesvaryLS@state.gov> wrote:

> Caitlin: Thank you for your response. This now is a significant and acceptable reduction in scope, one which we very much appreciate. We will proceed accordingly. Regards, Louis
>
> **From:** Caitlin Vogus [mailto:cvogus@rcfp.org]
> **Sent:** Monday, March 19, 2018 12:12 PM
> **To:** Segesvary, Louis S <SegesvaryLS@state.gov>
> **Subject:** Re: FOIA Request F-2017-17811
>
> Louis,
>
> Thanks for your email. I've had a chance to consult with my clients again about narrowing their FOIA request. They are willing to narrow their request to records from the INVEST system from January 1, 2017 to present that are responsive to their original FOIA request for the following countries: Iraq, Afghanistan, Egypt, Mexico, Colombia, Philippines, Cambodia, and Bangladesh.
>
> My clients feel strongly that this is the most they can narrow their request consistent with their reporting goals, and that narrowing the request to these eight countries should significantly cut down on the number of responsive records that the State Department will need to locate and provide.
>
> If you have any questions or would like to discuss further, please do not hesitate to contact

me.

Regards,

Caitlin

Caitlin Vogus
Staff Attorney
1156 15th St. NW, Suite 1250, Washington DC 20005
cvogus@rcfp.org · (202) 795-9315

On Tue, Mar 6, 2018 at 11:36 AM, Segesvary, Louis S <SegesvaryLS@state.gov> wrote:

> Caitlin: Thank you for this response. Narrowing the request to only the information that is entered into the INVEST system helps somewhat. But what is still very much needed is narrowing it to a geographical region and time frame. With so many countries involved, we are talking about a huge amount of data that would take a very long time to review. Please see if we can begin this process with a specific geographical region and time frame. Thanks, Louis
>
>
> **From:** Caitlin Vogus [mailto:cvogus@rcfp.org]
> **Sent:** Tuesday, March 6, 2018 10:03 AM
> **To:** Segesvary, Louis S <SegesvaryLS@state.gov>
> **Subject:** Re: FOIA Request F-2017-17811
>
>
> Louis,
>
>
> I've spoken with my clients, and I have a follow up question regarding your request to narrow. You mentioned when we spoke on the phone that the INVEST database includes not only the basic information about Leahy vetting candidates that is input into the system (such as name, DOB, unit name, etc.) but also documents related to the vetting process. If my clients were to narrow their request to only the information input into the INVEST system, excluding any additional documents that are contained in INVEST, would that narrow the request sufficiently? This should result in a basic chart of information, with the same categories of information for every vetting candidate input into INVEST, which should not be burdensome to review or redact.
>
>
> Regards,

Caitlin

Caitlin Vogus
Staff Attorney
1156 15th St. NW, Suite 1250, Washington DC 20005
cvogus@rcfp.org · (202) 795-9315

On Thu, Mar 1, 2018 at 12:58 PM, Segesvary, Louis S <SegesvaryLS@state.gov> wrote:

> Caitlin: As I have noted in our discussions, we want to help. It is just a matter of narrowing this massive scope. Regards, Louis
>
> Louis. S. Segesvary, Ph.D.
>
> FOIA Litigation and Appeals Reviewer
>
> A/GIS/IPS/PP/LA
>
> Department of State
>
> Washington, D.C. 20037
>
> 202-663-2170
>
> segesvaryls@state.gov
>
> **From:** Caitlin Vogus [mailto:cvogus@rcfp.org]
> **Sent:** Wednesday, February 28, 2018 4:15 PM
> **To:** Segesvary, Louis S <SegesvaryLS@state.gov>
> **Subject:** Re: FOIA Request F-2017-17811
>
> Louis,
>
> Thank you for your phone call this afternoon. I've reached out to my clients to ask if

they would be willing to narrow their request to responsive records from INVEST for a single geographic region and from the last year. I will let you know as soon as I have their response.

Regards,

Caitlin

Caitlin Vogus
Staff Attorney
1156 15th St. NW, Suite 1250, Washington DC 20005
cvogus@rcfp.org · (202) 795-9315

On Wed, Feb 28, 2018 at 10:25 AM, Caitlin Vogus <cvogus@rcfp.org> wrote:

> Louis,
>
> I've spoken to my clients about your request that they narrow the scope of their FOIA request to one or two countries. My clients are not willing to narrow the scope of their request in this manner. Because their reporting project concerns the US government's compliance with its Leahy vetting obligations overall, they do not believe it would be beneficial to narrow their request to only one or two countries.
>
> However, my clients would be willing to narrow their request to responsive records contained in the Department of State's International Vetting Security Tracking (INVEST) system. Please let me know if the State Department will be able to process my clients' request as narrowed to responsive records in the INVEST system.
>
> I would be happy to discuss this further with you over the phone if needed.
>
> Regards,
>
> Caitlin
>
> Caitlin Vogus
> Staff Attorney
> 1156 15th St. NW, Suite 1250, Washington DC 20005

cvogus@rcfp.org · (202) 795-9315

On Wed, Feb 28, 2018 at 10:00 AM, Segesvary, Louis S <SegesvaryLS@state.gov> wrote:

> Caitlin: Yes, I have received this. Thank you. The correct address, as you have noted, is Segesvaryls@state.gov…Best regards, Louis
>
> Louis. S. Segesvary, Ph.D.
>
> FOIA Litigation and Appeals Reviewer
>
> A/GIS/IPS/PP/LA
>
> Deparatment of State
>
> Washington, D.C. 20037
>
> 202-663-2170
>
> segesvaryls@state.gov
>
> **From:** Caitlin Vogus [mailto:cvogus@rcfp.org]
> **Sent:** Tuesday, February 27, 2018 5:11 PM
> **To:** Segesvary, Louis S <SegesvaryLS@state.gov>
> **Subject:** FOIA Request F-2017-17811
>
> Dr. Segesvary,
>
> Thank you for your phone call this afternoon regarding FOIA Request F-2017-17811, which I submitted to the Department of State on behalf of my clients, 100Reporters and Douglas Gillison.

I tried to email you at the address you gave me over the phone (LSegesvary@state.gov), but that address did not work. I'm trying this address instead, and I would appreciate it if you could confirm receipt of this email so I know I have your correct email address.

During our call this afternoon, you asked whether my clients would be willing to narrow the scope of their request to one or two countries. I told you that I would consult my clients and let you know their response to your request.

I also asked you if the Department of State would consider making a rolling release of records to my clients in response to their original request. You responded that the Department of State does not provide rolling releases of records in response to FOIA requests.

I have reached out to my clients and will let you know their response as soon as possible.

Regards,

Caitlin

Caitlin Vogus
Staff Attorney
1156 15th St. NW, Suite 1250, Washington DC 20005
cvogus@rcfp.org · (202) 795-9315

**Official**

**UNCLASSIFIED**

**Official**

**UNCLASSIFIED**

**Official**

**UNCLASSIFIED**

**Official**

**UNCLASSIFIED**