IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **100REPORTERS**<br><br>and<br><br>**DOUGLAS GILLISON**<br><br>       Plaintiffs,<br><br>  v.<br><br>**DEPARTMENT OF STATE**,<br><br>       Defendant. | Case No. 1:19-cv-1753 |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, Plaintiffs 100Reporters and Douglas Gillison respectfully move the Court for partial summary judgment in their favor and against the Department of State ("State") as to its failure to comply with its obligations under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, with respect to its withholdings under FOIA Exemptions 5, 6, 7(C), and 7(E) and the adequacy of its search for records responsive to one of Plaintiffs' requests.

In support of their Motion and in opposition to the Motion for Summary Judgment filed by Defendant, ECF No. 25, Plaintiffs submit the following: (1) Memorandum of Law; (2) Combined Statement of Material Facts as to Which there is No Genuine Issue and Response to Defendant's Statement of Material Facts; (3) Declaration of Gunita K. Singh; (4) Declaration of Douglas Gillison; (5) Declaration of Caitlin Vogus; and (6) a proposed order. This Motion is based on the concurrently filed Memorandum of Law, all pleadings, records, and files in the above-captioned

1

case, and on such argument as may be presented by counsel at any hearing on the parties' cross-motions for summary judgment.

Plaintiffs respectfully request an oral hearing on their Motion pursuant to Local Rules 7(f) and 78.1 at a date and time convenient for the Court.

Dated: February 12, 2021

Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
DC Bar No. 1026155
Adam A. Marshall
DC Bar No. 1029423
Gunita Singh
DC Bar No. 1601923
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiffs*