## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**100REPORTERS**

and

**DOUGLAS GILLISON**

        Plaintiffs,

    v.

**DEPARTMENT OF STATE,**

        Defendant.

Case No. 1:19-cv-1753

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Cross-Motion for Partial Summary Judgment, Defendant's Motion for Summary Judgment, all oppositions and replies thereto, and the entire record in this case, it is HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment is DENIED.

2. Plaintiffs' Cross-Motion for Partial Summary Judgment is GRANTED.

It is FURTHER ORDERED that Defendant shall re-process and release records responsive to Plaintiffs' FOIA requests, consistent with this Order and the accompanying Memorandum Opinion, to be completed within 30 days of this order.

SO ORDERED.

Date: _____

_____
RANDOLPH MOSS
United States District Judge

Dated: February 12, 2021

Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
DC Bar No. 1026155
Adam A. Marshall
DC Bar No. 1029423
Gunita Singh
DC Bar No. 1601923
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiffs*