UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS, *et al.,* **)** | |
| **)** | |
| Plaintiffs, **)** | |
| **)** | |
| v. **)** | Civil Action No. 19-1753 (RDM) |
| **)** | |
| U.S. DEPARTMENT OF STATE, **)** | |
| **)** | |
| Defendant. **)** | |
| **)** | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment, it is hereby

ORDERED that Plaintffs' Cross-Motion for Summary Judgment is DENIED.

SO ORDERED

This_____day of_____, 2021

_____
RANDOLPH D. MOSS
United States District Court Judge