UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS and DOUGLAS GILLISON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Civ. A. No. 19-1753 (RDM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please enter the appearance of Assistant United States Attorney John Moustakas and remove the appearance of Assistant United States Attorney Paul Cirino as counsel for Defendant in the above-captioned case.

Dated:  August 9, 2022

                                                                                     Respectfully submitted,

                                                                                     MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:  */s/John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518

*Attorneys for the United States of America*